UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ARTURO TORRES OCHOA, | Case No. 3:12-cv-00285-MMD-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HERRING, et al., | |
| Defendant. | |

The Court denied Plaintiff Arturo Torres Ochoa's application to proceed *in forma pauperis* and dismissed this action without prejudice on November 1, 2012. (Dkt. no. 3.) Over a year later, on March 20, 2014, Plaintiff filed an "Application Seek Leave to File." (Dkt. no. 5.) His application is incomprehensible and it is not clear what he is seeking leave to file in this closed case. Plaintiff's application (dkt. no. 5) is therefore denied.

DATED THIS 25th day of March 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE